Norma Dean Long, Plaintiff-Appellee, v. Samuel M. McKendree, Defendant-Appellant.

Gen. No. 10,213. 

Third District.
January 19, 1959.
Released for publication February 4, 1959.

John Unger, for appellant; Harold A. Craig, for appellee. Opinion by JUDGE REYNOLDS. Not to be published in full.